No. 1486, Misc. BROWN v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Jeffrey Michael Cohen* for petitioner.

No. 1487, Misc. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1488, Misc. STARK v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Ralph J. Steinberg* for petitioner. *Solicitor General Griswold* for the United States.

No. 1491, Misc. BRYANT v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1330, Misc. BROOKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Reber F. Boult, Jr., Charles Morgan, Jr., Richard Bellman, Howard Moore, Jr., Melvin L. Wulf,* and *Eleanor H. Norton* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1482, Misc. KEMP v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Howard Moore, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 1614, Misc. SANTOS v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William E. Hellerstein* for petitioner. *Frank S. Hogan, Michael R. Juviler,* and *David Otis Fuller, Jr.,* for respondent.